UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIAM E. NAULTY, #783984**  **CIVIL ACTION**

**VERSUS**  **NO. 25-2260**

**BRENT THOMPSON**  **SECTION: M (5)**

### O R D E R

**WILLIAM E. NAULTY** has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2254. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana, and the District Attorney and the Clerk of Court for St. Tammany Parish, Louisiana.

**IT IS FURTHER ORDERED** that the Attorney General or District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of entry of this order. The answer shall state whether petitioner has exhausted state remedies, including any post-conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the one-year period of limitation for filing this petition has expired.

**IT IS FURTHER ORDERED** that, within thirty (30) days of entry of this order, the St. Tammany Parish District Attorney shall file with the Court an <u>electronic</u> certified copy of the

state court record to be uploaded into CM/ECF in a separate entry from the answer or memorandum.[1] The electronic certified copy of the state court record <u>must</u> include (1) the <u>ENTIRE</u> record of the <u>STATE DISTRICT COURT</u>, including all rulings and all available transcripts, (2) the <u>ENTIRE</u> records of the <u>COURT OF APPEAL</u> on <u>both direct and collateral review</u>, including all rulings, and (3) the <u>ENTIRE</u> records of the <u>SUPREME COURT OF LOUISIANA</u> on <u>both direct and collateral review</u>, including all rulings. In the event the District Attorney is unable to produce any of the above records in their entirety, they shall advise the Court in writing as to the reason why they are unable to do so.

**IT IS FURTHER ORDERED** that the Petitioner, **WILLIAM NAULTY**, may file a Reply memorandum within thirty (30) days after the filing of the answer or response by the Attorney General or District Attorney.

New Orleans, Louisiana this \_\_\_5th\_\_\_ day of November, 2025.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Clerk of Court will NOT accept a <u>paper</u> copy of the state court record in this matter. The District Attorney <u>must</u> file the state court record <u>electronically</u> in .pdf format in file sizes not to exceed 200MB per upload through the Court's Electronic Court Filing (ECF) system.