UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Nov 17 2025

        CAROL L. MICHEL
SP           CLERK           Mail
```

**WILLIAM NAULTY #783984, PETITIONER**

**VERSUS**

**BRENT THOMPSON, WARDEN, RESPONDENT**

**CIVIL DOCKET NO. 1:25-CV-01071**

_____/                    _____/
**FILED**                                       **CLERK OF COURT**

---

**MOTION TO STAY THE PROCEEDINGS FOR
APPLICATION OF WRIT OF HABEAS CORPUS**

---

PRO-SE PETITIONER
WILLIAM NAULTY #783984
RAYMOND LABORDE CORRECTIONAL CENTER
CAJUN-1 A-1
1630 PRISON ROAD
COTTONPORT, LA. 71327

## MOTION TO STAY THE PROCEEDINGS FOR
## APPLICATION OF WRIT OF HABEAS CORPUS

**NOW INTO COURT COMES** Pro-se Petitioner William Naulty with a Motion to Stay the Proceedings for Application of Writ of Habeas Corpus that was filed with this Honorable Court on October 7, 2025. Petitioner needs to stay these proceedings in order to allow the Petitioner to further develop federal constitutional claims through Post-Conviction Relief proceedings in State Collateral Review and to exhaust his remedies available in the State court before proceeding with his Application of Writ of Habeas Corpus.

Before a federal Habeas Corpus petition may be granted the Petitioner must have exhausted his remedies available in state court. Compliance with this rule is made if the claims were fairly presented to both the intermediate Court of Appeals, as here the Fourth Circuit, and the Louisiana Supreme Court. Duncan v. Henry, 513 US 364, 365, 115 S.Ct. 887, 130 L.Ed.2d 865 (1995).

### PRAYER

Petitioner prays that this Honorable Court will grant his Motion to Stay the Proceedings of Application of Writ of Habeas Corpus to allow the Petitioner to further develop federal constitutional claims through Post-Conviction Relief proceedings in State Collateral Review and to exhaust his remedies available in the State court before proceeding with his Application for Writ of Habeas Corpus.

1

## VERIFICATION

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this __7__ day of __November__, 2025.

_William Naulty_
Pro-SE Petitioner
William Naulty #783984
Raymond Laborde Correctional Center
Cajun-1 A-1
1630 Prison Road
Cottonport, La. 71327

2