UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   Nov 17 2025
CAROL L. MICHEL
CLERK
SP                           Mail

WILLIAM NAULTY #783984, PETITIONER

VERSUS

BRENT THOMPSON, WARDEN, RESPONDENT

CIVIL DOCKET NO. 1:25-CV-01071

_____/                    _____/
FILED                                      CLERK OF COURT

MOTION TO AMEND MEMORANDUM OF
AUTHORITIES AND POINTS IN SUPPORT
OF WRIT OF HABEAS CORPUS

PRO-SE PETITIONER
WILLIAM NAULTY #783984
RAYMOND LABORDE CORRECTIONAL CENTER
CAJUN-1 A-1
1630 PRISON ROAD
COTTONPORT, LA. 71327

## MOTION TO AMEND MEMORANDUM OF AUTHORITIES AND POINTS IN SUPPORT OF WRIT OF HABEAS CORPUS

**NOW INTO COURT COMES** Pro-se Petitioner William Naulty with a Motion to Amend Memorandum of Authorities and Points in Support of Writ of Habeas Corpus that was filed with this Honorable Court on October 7, 2025. Petitioner needs to correct facts stated therein for II. Statement of Case and III. Timeliness of Petition. This will replace those two sections of Petitioner's Memorandum of Authorities and Points in Support of Writ of Habeas Corpus.

## II. STATEMENT OF CASE

Petitioner was charged by amended Bill of Information with Sexual Battery involving a victim under the age of thirteen (Count 1) in violation of LA. RS. 14:43.1(C)(2) and Indecent Behavior with Juveniles under the age of thirteen (Count 2) in violation of LA. RS. 14:81(A)(1) and (H)(2). Following a jury trial the Petitioner was found guilty on both counts. On November 11, 2023, The trial court sentenced the Petitioner to twenty-five years imprisonment at hard labor on count one and two years imprisonment at hard labor on count two. The trial court ordered the sentences on both counts to be served concurrently and without benefit of probation, parole, or suspension of sentence.

On February 27, 2025 the First Circuit Court of Appeals of Louisiana affirmed the Petitioner's conviction. State v. Naulty, 406 So.3d 1231, 2024-0118 (La.App. 1 Cir. 2/27/2025). On Application for Writ of Certiorari the Supreme Court of Louisiana denied

1

Petitioner's Writ application. State v. Naulty, 409 So.3d 220, 2025-00374 (La. 5/20/2025).

### III. TIMELINESS OF PETITION

The Supreme Court of Louisiana denied Petitioner's Writ application on May 20, 2025. State v. Naulty, 409 So.3d 220, 2025-00374 (La. 5/20/2025). Petitioner timely filed his Application for Writ of Habeas Corpus on October 7, 2025 which was less than five months after his conviction was final.

### PRAYER

Petitioner prays that this Honorable Court will grant his Motion to Amend Memorandum of Authorities and Points in Support of Writ of Habeas Corpus to correct the facts of statements made therein on the II. Statement of Case and the III. Timeliness of Petition.

### VERIFICATION

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 7 day of November, 2025.

_William Naulty_
Pro-SE Petitioner
William Naulty #783984
Raymond Laborde Correctional Center
Cajun-1 A-1
1630 Prison Road
Cottonport, La. 713272

2