UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIAM E. NAULTY, #783984**          **CIVIL ACTION**

**VERSUS**                              **NO. 25-2260**

**BRENT THOMPSON**                      **SECTION: "M"(5)**

### ORDER

Pro se petitioner, William Naulty, has filed a motion to stay the above-captioned 28 U.S.C. § 2254 habeas proceedings to allow him to fully exhaust his available state-court remedies. ECF No. 12. The Respondent does not oppose the stay and agrees that a stay is appropriate under the circumstances. ECF No. 17.

In granting a stay, the Court warns petitioner that the stay will be limited in nature to accomplish the goal of fully exhausting his available remedies in the state courts.[1] *See*, *e.g.*, *Quinn v. Hooper*, Civ. Action No. 21-1779, 2022 WL 671846, at *4 (E.D. La. Mar. 7, 2022). The United States Supreme Court has cautioned that a stay must not "frustrate the AEDPA's goal of finality by dragging out indefinitely federal habeas review…. [t]hus "district courts should place reasonable time limits on a petitioner's trip to state court and back." *Rhines v. Weber*, 544 U.S. 269, 277-78, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005). Naulty does not indicate if he has filed his Application for Post-Conviction Relief in the state courts or if he is still in the process of preparing the PCR application. If he has not done so already, Naulty

---

[1] A United States Magistrate Judge has the authority to grant a stay in federal habeas corpus proceedings. *See*, *e.g.*, *Pierre v. Cain*, Civ. Action No. 15-5252, 2016 WL 1408581, at *1 n. 1 (E.D. La. Apr. 11, 2016); *Kang v. Cain*, Civ. Action No. 15-2318, 2016 WL 866728, at *3 (E.D. La. Mar. 7, 2016).

is instructed to prepare his application and commence state PCR proceedings by filing his application in the state district court within 90 days.

Accordingly,

**IT IS ORDERED** that petitioner's unopposed motion to stay (ECF No. 12) is **GRANTED** and the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that petitioner, William Naulty, is directed to file his state post-conviction relief application with the state district court within **ninety (90) days**, if he has not already done so.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction in this matter and that petitioner shall be allowed to file a motion to reopen these proceedings, **along with an amended habeas corpus petition incorporating his additional newly exhausted claims**, **within thirty (30) days** after the exhaustion of his state court post-conviction remedies.

New Orleans, Louisiana, this 9th day of December, 2025.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**