**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIAM E. NAULTY, #783984** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2260** |
| **BRENT THOMPSON** | **SECTION: "M"(5)** |

**O R D E R**

On December 9, 2025, the above-captioned habeas proceeding was stayed, with the Court retaining jurisdiction, pending Petitioner's exhaustion of available state-court remedies in the state courts.   (Rec. Doc. 18).   Petitioner, William Naulty, was ordered to file his state-court post-conviction application with the state district court within 90 days of the stay order.   Naulty now seeks an extension of time to file his post-conviction relief application in the state district court.

The Court **AMENDS** the previous stay order to **VACATE** the 90-day limitation. Naulty is directed to file his application for post-conviction relief in the state district court in strict accordance with the time limits imposed under state law for seeking post-conviction relief.

New Orleans, Louisiana, this _____18th_____ day of _____February_____, 2026.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**