UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Feb 11 2026

SP

CAROL L. MICHEL
CLERK

Mail

WILLIAM NAULTY #783984, PETITIONER

VERSUS

BRENT THOMPSON, WARDEN, RESPONDENT

CIVIL DOCKET NO. 1:25-CV-01071

_____/         _____/
FILED                                    CLERK OF COURT

MOTION FOR EXTENSION OF TIME FOR FILING
PCR APPLICATION IN STATE DISTRICT COURT

PRO-SE PETITIONER
WILLIAM NAULTY #783984
RAYMOND LABORDE CORRECTIONAL CENTER
CAJUN-1 D-1
1630 PRISON ROAD
COTTONPORT, LA. 71327

## MOTION FOR EXTENSION OF TIME FOR FILING
## PCR APPLICATION IN STATE DISTRICT COURT

**NOW INTO COURT COMES** Pro-se Petitioner William Naulty with a Motion for Extension of Time for Filing PCR Application in State District Court to further develop federal constitutional claims through Post-Conviction Relief proceedings in State Collateral Review and to exhaust his remedies available in the State court before proceeding with his Application for Writ of Habeas Corpus.

On December 9, 2025 this Honorable Court granted Petitioner's Motion to Stay and directed the Petitioner to file his state post-conviction relief application with the state district court within ninety (90) days. This would require the Petitioner to file his PCR Application by March 9, 2026.

On November 13, 2025 Petitioner mailed a Motion for Production of Documents and a Motion for Discovery to the 22nd Judicial District Court Clerk of Court which was filed on November 21, 2025 to obtain the court documents Petitioner needs to prepare his PCR Application. On November 25, 2025 the District Court Judge granted Petitioner's Motions.

On January 21, 2026 the 22nd Judicial District Court Clerk of Court sent the Petitioner some of the requested documents which the Petitioner received on February 3, 2026. On February 4, 2026 the Petitioner mailed a letter to the 22nd Judicial District Court Clerk of Court in response to the documents that were still missing from the granted Production of Documents Motion. See attached letter from Clerk of Court and Petitioner's letter in response.

On February 4, 2026 Petitioner mailed this Motion to this Honorable Court to request an extension of sixty (60) days to file his PCR Application with the state district court. This

would require the Petitioner to file his PCR Application with the state district court by May 8, 2026. This would allow time for the 22nd Judicial District Clerk of Court to provide the missing documents and allow the Petitioner time to prepare and file his PCR Application.

AS the State of Louisiana is responsible for the delay and incomplete Production of Documents, the Petitioner submits that the Petitioner's Request for an extension of sixty (60) days to file his PCR Application with the state district court is not "indefinitely dragging out federal habeas review" and a reasonable time limit on filing his PCR Application under the circumstances.

## PRAYER

Petitioner prays that this Honorable Court will grant his Motion for Extension of Time for Filing PCR Application in State District Court of sixty (60) days to give time for the 22nd Judicial District Court Clerk of Court to send the missing documents to the Petitioner to be able to file his PCR Application in the state district court by May 8, 2026.

## VERIFICATION

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 4th day of February, 2026.

_William Nault_
Pro-Se Petitioner
William Naulty #783984

2