

# Jessica Jenkins Brewster

St. Tammany Parish Clerk of Court
22nd Judicial District Court

01/21/2026

WILLIAM EUGENE NAULTY #00783984
RAYMOND LABORDE CORRECTIONAL CENTER
CAJUN- 1 A1
1630 PRISON ROAD
COTTONPORT, LA 71327

*Recieved 2-3-26*

RE:   **Division I**
**STATE OF LOUISIANA**
**Vs. #1952-F-2022**
**WILLIAM EUGENE NAULTY**

Dear Sir:

PLEASE FIND ENCLOSED YOUR MOTION WITH THE COURT'S RULING AND THE REQUESTED DOCUMENTS FROM OUR RECORD. WE APOLOGIZE FOR THE DELAY IN RECEIPT. PLEASE CONTACT OUR OFFICE IF YOU SHOULD HAVE FURTHER QUESTIONS.

Very Truly Yours,

Tara C

Tara Clairain

Deputy Clerk

William Naulty #783984
Raymond Laborde Correctional Center
Cajun-1 D-1
1630 Prison Road
Cottonport, La. 71327

February 4, 2026

Jessica Brewster
Clerk of Court
22nd Judicial District Court
P.O. Box 1090
Covington, La. 70434

RE: State v. Naulty, Case No. 1952-F-2022 Div. I – Motion for Production of Documents

Clerk of Court:

On November 21, 2025 I filed with the Court a Motion for Production of Documents and a Motion for Discovery.

On February 3, 2026 I received through institutional legal mail the following documents:
(1) Copy of Motion for Discovery and the Court's ruling;
(2) Copy of Felony Bill of Information;
(3) Copy of Sentencing Commitment Order; and
(4) Sentencing Hearing Transcripts.

I have not received the following documents:
(1) Copy of Motion for Production of Documents and the Court's ruling;
(2) Transcripts for the Motion Hearings of the case;
(3) Transcripts for the Plea Hearing;
(4) Felony Plea Rights Forms;
(5) Plea / Boykin Transcripts;
(6) All Trial Transcripts;
(7) Verbatim Reports; and
(8) Transcripts of Jury Instruction.

Please notify me in writing when I can expect to receive these documents as I have a particularized need for these documents in order to prepare my Post-Conviction Relief to exhaust my State remedies.

Respectfully Submitted:

*William Naulty*
William Naulty #783984

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM E. NAULTY, #783984** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2260** |
| **BRENT THOMPSON** | **SECTION: "M"(5)** |

## ORDER

Pro-Se Petitioner, William Naulty has filed a Motion for Extension of Time for Filing PCR Application in State District Court of sixty (60) days to give time for obtaining Production of missing documents and to file his PCR Application by May 8, 2026 in the state district court.

Accordingly,

**IT IS ORDERED** Petitioner's Motion for Extension of Time for Filing his post-conviction relief application in the state district court is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner, William Naulty, is directed to file his state post-conviction relief application with the state district court by May 8, 2026.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction in this matter and that petitioner shall be allowed to file a motion to reopen these proceedings, **along with an amended habeas corpus petition incorporating his additional newly exhausted claims, within thirty (30) days** after the exhaustion of his state court post-conviction remedies.

New Orleans, Louisiana, this _____ day of February, 2025.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**
