William NAACTY DOC #783984
Raymond
1630 PR
Cottonport, LA. 71327

Legal mail

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St. Rm C151
New Orleans, LA. 70130

FIRST-CLASS



ZIP 71327
02 7W
0008044283
US POSTAGE from PITNEY BOWES
$ 001.90⁰
FEB 05 2026





**RECEIVED**
FEB 11 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

UNCENSORED #3
RAYMOND LABORDE
CORRECTIONAL CENTER
1630 PRISON ROAD
COTTONPORT, LA 71327